This Instrument Prepared By:
Rhonda Porter
GRP Financial Services Corp
445 Hamilton Ave 8th Fl
White Plains, NY 10601
GRP 18342



2010050600051180 Bk:LR4202 Pg:36
RECORDED Cranston,RI 1/2
05/06/2010 11:32:51 AM ASGT MTG

**CORPORATE ASSIGNMENT OF MORTGAGE/DEED OF TRUST**

Providence COUNTY, RI

Date of Assignment: 10/26/09
Assignor:        GRP Loan, LLC

Assignee:

Executed By:    Paliotta, Giuseppe B.
                Paliotta, Bruno
Lender/Beneficiary: MERS as Nominee for Accredited Home Lenders Inc
Date of Mortgage: 5/19/2006
Date of Recording: 5/24/2006
Book and Page: 3370; 32
Original Loan Balance: $250000
Legal Description:    See Attached hereto and made apart thereof.

Property Address: 105 Princess Avenue, Cranston, RI 2920

FOR VALUE RECEIVED, GRP Loan, LLC hereby grants, assigns and transfers to

**DLJ Mortgage Capital, Inc.**

Assignee, all beneficial interests under that certain Mortgage/Deed of Trust referred to herein together with the Note or other evidence of indebtedness (the "Note"), described or referred to the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage/Deed of Trust and the full benefit of all the powers and of all the covenants and provisions therein contained.

TO HAVE AND TO HOLD the said Mortgage/Deed of Trust and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said presents the day and year first above written.

In Witness Whereof, the undersigned Assignor has executed this Corporate Assignment of Mortgage/Deed of Trust on _____.

GRP Loan, LLC

Witness:

Print Name: Dorothy Small

By: _____
Print Name: Zev Kops, Vice President

Witness:

Print Name: Natalio Garofalo

STATE OF NEW YORK:
COUNTY OF WESTCHESTER: ss.:

On the OCT 20 2009 day of _____ in the year 2009 before me, the undersigned, personally appeared Zev Kops, Vice President of GRP Loan, LLC, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies) and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the City of White Plains, County of Westchester and State of New York

RHONDA PORTER
Notary Public, State of New York
No. 01PO6139984
Qualified in Dutchess County
Commission Expires January 17, 20__

Notary Public

When recorded return to:
Richmond Monroe Group
15511 State Highway 13
Branson West, MO. 65737
SPS # CSFB

EXHIBIT "A"

```
201005060051180 Bk:LR4202 Pg:37
RECORDED Cranston,RI 2/2
05/06/2010 11:32:51 AM ASGT MTG
```

That certain lot or parcel of land, with all buildings and improvements thereon, situated on the easterly side of Princess Avenue, in the City of Cranston, County of Providence, State of Rhode Island, laid out and designated as lot numbered 125 (one hundred twenty-five) together with the northerly and adjoining twenty (20) feet in width by the entire depth of Lot No. 124 (one hundred twenty four) on that plat entitled, "The Sprague Homestead Plat, on Cranston Street, Cranston, RI by J. A. Latham, A.D. 1890," which plat is recorded with the Records of Land Evidence in said City of Cranston, in Plat Book 4A at page 36 and (copy) on Plat Card 13.

**PROPERTY ADDRESS:**
105 Princess Avenue
Cranston, RI
02920

EXHIBIT "A"